**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    ROBERT ALAN LEIGHTCAP    :    CHAPTER 13
                                                    :
                                                    :
                                                    :    BANKRUPTCY NO.  10-18223

**DEBTOR'S  CHAPTER 13 PLAN**

**I.  PROPERTY AND FUTURE EARNINGS.**

    1.  Debtor submits the following property and future earnings to the supervision and control of the Trustee:

        Future earnings: 60 monthly payments of $400.00.
        Other property:  None

**II.  DURATION OF PLAN.**

    1.    The payments shall be made by the debtor to the Trustee for a period of 60 months.

**III. CLASSIFICATION AND TREATMENT OF CLAIMS.**

    **1. PRIORITY & ADMINISTRATIVE CLAIMS**:

The following priority claims will be paid in full through the Plan:

        a)    **TRUSTEE'S COMPENSATION**

    **2. SECURED CLAIMS**:

        a)    **JP MORGAN CHASE**

The following creditor is secured by a first mortgage on the debtors' residence.  The allowed pre-petition claim for arrearages will be paid in full through this Plan.   All post-petition payments will be made by the debtors directly to the creditor outside of this plan.

–2–

**3. EXECUTORY CONTRACTS/UNEXPIRED LEASES**

**4. UNSECURED CLAIMS**:

a)  The allowed unsecured creditors will be paid the value of the debtor's non-exempt equity in the estate.  All allowed unsecured claims shall share be paid *in full* at the anticipated total amount of such claims.

**IV. OTHER PROVISIONS.**

1. The effective date of this plan will be the date of the order confirming the plan.

2. Property of the estate will vest in the debtor at the time of confirmation of the plan, unless otherwise stated in the order confirming the plan.

Dated:  9-17-2010			/s/ Robert Alan Leightcap
					ROBERT ALAN LEIGHTCAP

/S/ ALBERT J. SCARAFONE, JR.
ALBERT J. SCARAFONE, JR., ESQ.
Hill, Friedland & Scarafone
1717 Swede Road
Suite 200
Blue Bell, PA 19422-3372